# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

101 W Lombard St, Baltimore, MD 21201

**Plaintiff**

**Toni Marie Davis**

**123 West 29th street, Apt 10L**

**Baltimore, Maryland 21218**

**Phone: 443-449-5688**

**VS.**

**The Federal Government**

**Including**

**President of the United States**

**Joseph Robinette Biden Jr.**

**1600 Pennsylvania Avenue NW,**

**Washington, DC 20500**

**Phone: (202) 456-1111**

**Defendant**

**Civil Action No:**

21-cv-2904-ADC

# Complaint

**Purpose of this law suit:**

**The purpose of this suit is to stop the illegal and unconstitutional mask and vaccine mandates and to punish the Biden administration for violating the laws of this great land by trying to do what only congress and/or Legislature has the authority to do, which is create new laws for this land. The president and his administration has bulled, and cruelly oppressed and dictated to the American people his will and clearly believes that he is above the laws of this great land. I ask your honor to please stop this President from acting as a king in the land of the free and dictating to the American people and ruling, instead of governing and not obeying the laws of this land, which NO ONE INCLUDING THE PRESIDENT IS ABOVE. The President has been ordered by some courts in other states already to stop the mandates for employers to force their employees to be vaccinated and the president's answer was to go on this week and tell the business of America to go ahead with the vaccine mandates anyway. Against court orders. This shows you what Biden thinks of the laws of this great land. He clearly believes that they don't apply to him or his administration. He is totally**

disrespectful to the laws of this land and really a disgrace to his office. Before you read the rest of this suit I want you to consider that if you rule in my favor and the president does not comply. Please hold him in contempt of court and even go to the point of him being arrested and taken out of office because he cannot be allow to overrule the laws, to overrule the courts, to overrule the constitution and all of the checks and balances put in please in this country so that we will not be rules over by tyrants. But instead we the people are in charge. This is something that the Biden administration has conveniently and probably on purpose forgotten. Because they think no one is going to hold them accountable. HE IS WRONG!

## Count 1 Respondeat Superior

Under a legal doctrine sometimes referred to as "respondeat superior" (Latin for "Let the superior answer"), an employer is legally responsible for the actions of its employees. ... If the injury caused by the employee is simply one of the risks of the business, the employer will have to bear the responsibility.

How do you prove respondeat superior?

Respondeat Superior applies in cases where the plaintiff proves three things:

The injury occurred while the defendant was working for the employer.

The defendant was acting within the scope of his or her employment.

1. President Joe Biden in partnership with the CDC AND OSHA in the employment of the United States government has violently violated the 14th Amendment to the Constitution of the United States of America. he have exercised Nazi style Tyrannical rule over the United States including all 50 states, which are in the United States of America which is under the full, total and absolute protection of the United States Constitution and other great laws of this land. The president's orders are the cause of countless peoples suffering and livelihoods being put in jeopardy.
2. The President is committing Medical Tyranny. The President had the CDC Issue an Order That Makes Not Wearing a Mask on Public Transportation a Federal Crime. We are living under a Dictatorship. Since when does the President and the CDC make new laws? They don't! What they did and are doing is illegal!
3. The president has, against the laws of this great land, put an illegal mask mandate in affect in all government facilities. In Afghanistan where women are treated worse than dogs. Women by law have to wear burqa's. The president has done in this country what the Taliban, a terrorist organization that is not good in any way shape or form and rules like thug kings and thug dictators has done, in this great country called America and we cannot allow it any longer for any reason! He has actually made not wearing mason government property, THE PEOPLES PROPERTY, a federal offence.
4. The president has mandated illegally that all employers most force their employees to be vaccinated by January 4 or face crippling fines to the tune of $14,000 dollars for every single employee that is not vaccinated. Again the president in partnership with OSHA has mandated that US businesses are subject to a $14,000 fine per employee if they "willfully" disregard OSHA's vaccine mandate mandated that all employees must be forced to get vaccinated or be fired and the ones with a religious exemption or other medical reason for not getting vaccinated must wear a mask and get tested every week.  OSHA DOES NOT MAKE LAWS AND NIETHER DOES THE PRESIDENT OR THE CDC. This is outrageous and illegal in the United States of America. If you lie about your vax status, you can face a fine of up to $10k and 6 months in prison, according to new OSHA rules that the president made.

Wherefore I Toni Marie Davis do respectfully ask for ruling in favor of The United States Constitution, and all the great laws of this country. Please Stop and reverse all mandates, rules and orders made by the president. Please stop all forced testing, which intimidates and bullies people into getting the vaccine, which is what they mean to do and please grant judgment to the Plaintiff Toni Marie Davis in the amount of Three billion dollars($3,000,000,000) in Damages with interest and cost.

# Count 2(Violation of the 14th Amendment of the United States Constitution)

tyr·an·ny

/ˈtirənē/

cruel and oppressive government or rule.

absolutism

absolute power

dictatorship

undemocratic rule

reign of terror

totalitarianism

Fascism

oppression

suppression

repression

subjugation

enslavement

authoritarianism

high-handedness

bullying

harshness

strictness

severity

cruelty

brutality

ruthlessness

injustice

unjustness


"All tyranny needs to gain a foothold is for people of good conscience to remain silent."

- Edmund Burke


## 14th Amendment

Section 1.

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law, which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.


Liberty

Definition of liberty

**1: the quality or state of being free:**

- a: the power to do as one pleases
- b: freedom from physical restraint
- c: freedom from arbitrary or despotic control
- d: the power of choice

5. The United States Constitution was put into place for such a time as this. It is so that we the people will not be ruled and dictated to by our elected leaders, who are in fact and probably to their great surprise, our servant's.
6. **ELECTED LEADERS ARE THE SERVANTS OF THE PEOPLE NOT THE OTHER WAY AROUND**
7. This president is using Covid as an excuse to infringe on the liberties and sovereignty of the American people in an attempt to ultimately take control. Lockdowns, masks, and segregation are not about health—they are about profit and power. This government has tried bribery, coercion, propaganda, and censorship as tactics to force we the people to do what they want, they are not focused on public health. They is focused on profit and power. The president has used all of these things.
8. **WE CANNOT ALLOW THIS PRESIDENT TO VIOLATE THE CONSTITUTION AND LAWS OF THIS GREAT NATION. IF WE DO WE WILL NO LONGER BE LIVING IN A FREE COUNTRY.**
9. Look at what the Mayor of New York has done because of the Presidents mandates. The following is a list of some of the places that the mayor of New York has made it illegal for the unvaccinated to go, by the way legislature and/or congress makes new laws not Mayors, Presidents, OSHA OR THE CDC: movie theaters, live music, concert venues, museums and galleries, Aquariums and zoo's, professional sports arenas, stadiums, convention centers, exhibit halls, preforming arts theaters, bowling ally's, Arcades, pool and billiard halls, recreational game centers, casinos, Restaurants, Catering halls event spaces, hotel banquet rooms, bars, cabarets, night clubs. Cafeterias, grocery stores, coffee shops, fast food, quick service, Gyms, fitness centers, fitness classes, pools, indoor studios,

    dance studios, sports classes, this whole mandate is known as the Key to NYC Pass

10. Look at the above list of places the unvaccinated caught go. Look at the fact that you cannot work and have a job unless you comply. This is the Presidents doing. This is JUST ONE MEASURE AWAY FROM PHYSICALLY forced vaccines. According to the President, OSHA AND THE CDC we the unvaccinated can basically do nothing but stay in the house and you better not want to eat because the grocery store is off limits. And you better not try to work and earn a living. THIS IS ABSURD AND ILLEGAL IN THE UNITED STATES OF AMERICA.

11. Everyone in America whether vaccinated or not should be absolutely appalled and out raged at what this President, OSHA and THE CDC has done in these great United States of America. He has basically said that he rules and we the people have to bow to his will even though he knew when he enacted these new rules, they violated the Constitution of the United States of America. What he has done is extremely dangerous to our Republic. It is a threat to the very fabric of this nation going back to our founding fathers. Please punish the President, OSHA and THE CDC for their crimes against this great nation. If we do not stop this now it will lead to forced vaccination mandates. This is not a joke this is not an overreaction. That is what Canadian and Australians said when their government first suggested they get the vaccine. Then their government said if you do not get it, we will have pass ports, then the Australian government told their citizen's that they were mandating the vaccine and their law enforcement started physically forcing their citizens to get the vaccine. I saw one video of them fight a man down to the ground and giving him the vaccine in his arm. I would like to say to that that we the people of America did not give up our guns like they did so the whole forced vaccine situation would end very differently here in America. But we don't have to let it get that far.

12. Now in Canadian people who test positive are being taken to internment camps, without a trial, sound formular. Nazi Germany in the here and know just wanting to happen in this country if we don't stop this tyranny now. All we have to have is for Dr. Fauci to say that it is a matter of

      public safety just like there saying in those other countries and America as we have known it is gone. IF WE DON'T STOP THEM NOW.

13. New York City is thought to be the first in the nation to implement such a mandate. President Joe Biden responded affirmatively when asked at a press conference if he believed other cities should follow suit, the presidents testing the waters to see how much of the law him and his friends in government can get away with breaking without being challenged. I saw the President on TV admit AND SAY "what is being done HE SAID is probably illegal but let's try it anyway. He actually said that on national TV.
14. If the Delta variant is so dangerous, why hasn't the Biden Administration closed the border?
15. Biden is restricting travel for Americans to go into Mexico but illegal, untested, unvaccinated aliens can walk right into our country and they are by the millions.
16. Unvaccinated border patrol agents are being fired for not being vaccinated, but Biden is welcoming unvaccinated illegal aliens into the country and flying them all over the nation in the dead of night so that no one will know what he's doing or where the illegals are.
17. Over 2.3 million illegal Aliens have come into the country since January. Not only have they not been quarantined, but again Biden has bused, and flown them all over this country, they have Covid. No mask are worn by them. And now the Biden Administration has found billions of dollars of tax payer money to evacuate some 30,000 unvaccinated covid having Afghans into this country so I do not want to hear anything about a vaccine mandate for we the people who are actually here legally and born here.
18. This administration is morally bankrupt.

Wherefore I Toni Marie Davis do respectfully ask for ruling in favor of The United States Constitution, Stopping and reversing all mandates, rules and orders. Plus stopping all forced testing, which intimidates and bullies people into getting the vaccine and please grant judgment to the Plaintiff Toni Marie Davis in the amount of Three billion dollars($3,000,000,000) in Damages with interest and cost.

## Count 2 Conspiracy to interfere with civil rights

**Federal Law 42 U.S. Code § 1985 - Conspiracy to interfere with civil rights**

**(3) Depriving persons of rights or privileges**

If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

19. The President, the CDC and OSHA has deprived me of equal protection of the laws, and of equal privileges. What the President, the CDC and OSHA has done is completely illegal, and an abuse of power, it is unconstitutional and just plain wrong.
20. The President, the CDC and OSHA has deprived me of having and exercising my rights and privilege's as a citizen of the United States of America.

Wherefore I Toni Marie Davis do respectfully ask for ruling in favor of The United States Constitution, and all the great laws of this country. Stopping and reversing all mandates, rules and orders. Plus stopping all forced testing, which intimidates and bullies people into getting the vaccine and please grant judgment to the Plaintiff Toni Marie Davis in the amount of Three billion dollars($3,000,000,000) in Damages with interest and cost.

### Count 3(Conspiracy against rights)

### 18 U.S. Code § 241 - Conspiracy against rights

### U.S. Code

### Federal offence

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

Common Law Intent Requirement

The Supreme Court held that a conviction under a related statute, 18 U.S.C. §242, required proof of the defendant's specific intent to deprive the victim of a

Case 1:21-cv-02904-ADC   Document 1   Filed 11/12/21   Page 12 of 16
Page **12** of **16**

constitutional right. In United States v. Guest, the Supreme Court read this same requirement into §241, the conspiracy statute.

> 21. We all know and understand that the intent of these vaccine restrictions is to make, oppress, threaten, and intimidate any person in the United States of America that is not vaccinated into getting vaccinated. In addition, they are trying to control all of America. This is the last step before forced vaccination.
> 22. The President, the CDC and OSHA has conspire to injure, oppress, threaten, and intimidate all unvaccinated persons in America. Whatever way you look at it this is affecting everyone in America. The President and OSHA AND THE CDC are in fact cruelly, bullying, intimidating and trying to control all of America through oppressive government rule.

Wherefore I Toni Marie Davis do respectfully ask for ruling in favor of The United States Constitution, and all the great laws of this country. Stopping and reversing all mandates, rules and orders. Plus stopping all forced testing, which intimidates and bullies people into getting the vaccine and please grant judgment to the Plaintiff Toni Marie Davis in the amount of Three billion dollars($3,000,000,000) in Damages with interest and cost.

Count 5 Harassment

The Webster Dictionary defines this offense as to worry or impede by repeated raids. To Exhaust, Fatigue: To annoy persistently

Bullying

Bullying is the use of force, coercion, hurtful teasing or threat, to abuse, aggressively dominate or intimidate. One essential prerequisite is the perception of an imbalance of physical or social power. This imbalance distinguishes bullying from conflict

23. This President has definitely harassed me and every other unvaccinated human being in this nation.

24. By making bullying, unjust, cruel mandates for anyone who wants to operate in even the most basic ways in America. I cannot even go to Starbucks

in New York City because the President has acted as an absolute power, a dictator and a tyrant instead of an appointed by the people president. Please end his reign of terror.

25. Because Of the Presidents Mandates I have been kicked out of College. They made a vaccine mandate and I did not meet it so they kicked me out. That has changed my whole world I have to find a new school. I have to try and get my scholarships transferred. I have to get transportation to get to a new school because that old school I did not need a car to get to, but all the other schools that do not have mandates I need a car and I am going to have to move to a new place to live. Moreover, if this is giving me so much problems imagine the people that have come here from other countries and have uprooted their whole existence for this education. Biden has destroyed so many lives and he is just getting started. HE NEEDS TO BE STOPPED.

Wherefore I Toni Marie Davis do respectfully ask for ruling in favor of The United States Constitution, and all the great laws of this country. Stopping and reversing all mandates, rules and orders. Plus stopping all forced testing, which intimidates and bullies people into getting the vaccine and please grant judgment to the Plaintiff Toni Marie Davis in the amount of Three billion dollars($3,000,000,000) in Damages with interest and cost.

## Count 4 Invasion of Privacy

This is an experimental treatment!

26. This Vaccine is experimental this is a vaccine that has and is causing blood clots, heart attacks, myocarditis, headache, fainting, dry mouth, and death. They, the drug companies have now even put warning labels on the vaccines admitting that they cause heart problems. Other experimental vaccines have caused sterilization of the women who took it, severe bleeding, or irreversible damage to the liver or kidneys.

27. NO ONE KNOWS WHAT THE OUTCOME WILL BE FOR THESE VACCINES THAT IS WHY IF YOU DO NOT WANT TO GET IT YOU SHOULD NOT BE FORCED TO. THIS ADMINITRATION HAS OVER STEPPED THEIR BOUNDS AND SHOULD NOT BE FORCING THEIR CITIZENS TO GET THIS VACCINE. IT IS ILLEGAL! AND I SHOULD

NOT HAVE BEEN FORCED TO DISCLOSE WHETHER I HAVE GOTTEN MINE OR NOT!

- The FDA just recently in the last month after I was kicked out of school for not showing proof of vaccination approved the Pfizer vaccine. I read the some of the approval letter. It contains the dates of when several safety and efficacy studies (ie. Vaccine exposure during pregnancy and infant outcomes, occurrence of myocarditis + pericarditis, etc.) Are set to be completed. September 30, 2024 is the date that finally some proper test will be completed for that vaccine. How can the FDA approve this for ANYONE with 6 months of safety data and few (if any) well-done randomized control trials, and no long-term data.

- Why won't the government lift the "no liability" clause from the pharmaceutical companies' products?

- The FDA has also previously approved glyphosate, Troglitazone, Vioxx, Thimerosal, rBGH, yellow 5&6, etc. All have since been recalled.

- The FDA receives upwards of 70% of its drug regulatory budget from the companies it is supposed to regulate.

An invasion of privacy occurs when there is an intrusion upon your reasonable expectation to be left alone. There are four main types of invasions of privacy claims.

The four main types of invasions of privacy claims are:

1. Intrusion of Solitude
2. Appropriation of Name or Likeness
3. Public Disclosure of Private Facts
4. False Light

For this case, we will focus on number three

- **Public Disclosure of Private Facts**

28. My vaccine status is private and that is a fact. My job and/or College system does not have the right to request my personal medical information.

29. I do not want my college, employer or anybody else to know whether I have gotten the vaccine or not. In addition, according to the Laws of America and the Constitution of the United States of America, I do not have to, and I should still be able to go to school, work and anywhere else I want to go to and I should not have to endure the bullying tactics of forced weekly testing.

30. This President and his administration has flat out trampled on the rights of every citizen in their care. They have abused their power to the utmost. These actions they have taken have been an abuse of power, un-American, and even communistic in nature. Not only do I think that they need to be stopped I think that they need to be punished severely for their offenses.

31. Also, according to the OSHA mandates that the president has made they do not need the employees permission now to access their medical records. Now that is outrageous and against the law just like everything else they are doing to the American people.

One more thing your honor please read this:

Nuremberg codes stipulate that consent must be voluntary.

The Nuremberg Code is a set of research ethics principles for human experimentation created by the USA v Brandt court as one result of the Nuremberg trials at the end of the Second World War

Telling a child they cannot go to school, firing people from work, or preventing their travel is NOT voluntary consent.

Threatening someone's livelihood unless they take an experimental vaccine is NOT voluntary consent.

**Because:**

**1/ In a free society, you must have bodily autonomy, to the limit of not intentionally harming others**

**Wherefore I Toni Marie Davis do respectfully ask for ruling in favor of The United States Constitution, and all the great laws of this country. Stopping and reversing all mandates, rules and orders. Plus stopping all forced testing, which intimidates and bullies people into getting the vaccine, which is what they mean to do and please grant judgment to the Plaintiff Toni Marie Davis in the amount of Three billion dollars($3,000,000,000) in Damages with interest and cost.**

X *Toni Marie Davis*
Toni Marie Davis
Plaintiff
11/11/2021
123 west 29th street, Apt 10L

Baltimore, Maryland 21218

Phone: 443-449-5688